# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2033

_____

CLIFTON M. BROOKS,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

April 17, 2019

PER CURIAM.

    AFFIRMED.

LEWIS, WINSOR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Clifton M. Brooks, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.